UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

CLERK USDC EDWI
FILED
2023 OCT 17 P 2:14

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOSE CARDENAS-SALCIDO,

Defendant.

SEALED

23-CR-184

Case No. 23-CR-

[18 U.S.C § 2(a); & 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), 843(b), & 846]

## INDICTMENT

## COUNT ONE

**THE GRAND JURY CHARGES THAT:**

1. Beginning in at least January 2022 and continuing until on or about January 11, 2023, in the State and Eastern District of Wisconsin, the State and District of Arizona, and elsewhere,

**JOSE CARDENAS-SALCIDO**

knowingly and intentionally conspired with persons known and unknown to the grand jury to possess with intent to distribute and distribute a controlled substance.

2. The amount of controlled substance involved in the conspiracy attributed to the defendant as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, included 400 grams or more of a mixture and substance containing N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 846, and Title 18, United States Code, Section 2(a).

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about October 14, 2022, in the State and Eastern District of Wisconsin and the District of Arizona,

**JOSE CARDENAS-SALCIDO**

knowingly and intentionally distributed 400 grams or more of a mixture and substance containing N-phenyl-N- [1- ( 2-phenylethyl ) -4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2(a).

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about October 15, 2022, in the State and Eastern District of Wisconsin and the State and District of Arizona,

**JOSE CARDENAS-SALCIDO**

knowingly and intentionally used a communication facility, namely, the mail, in facilitating the commission of any act and acts constituting a felony under Title 21, United States Code, Section 841(a)(1).

In violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2(a).

## FORFEITURE NOTICE

1. Upon conviction of any offense in violation of Title 21, United States Code, Sections 841(a)(1) and 846, the defendants shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the violation and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offenses.

2. If any of the property described above, as a result of any act or omission by a defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third person; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be subdivided without difficulty, the United States of America shall be entitled to forfeiture of substitute property, pursuant to 21 U.S.C. § 853(p).

[redacted]

GREGORY J. HAANSTAD
United States Attorney