UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSE CARDENAS-SALCIDO,

    Defendant.

Case No. 23-CR-184-JPS

**ORDER**

On April 15, 2025, the Grand Jury returned a four-count superseding indictment, charging Defendant with violating 18 U.S.C. §§ 2(a), 1512(a)(2)(B)(i), and 1512 (b)(1) and 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), 843(b), and 851. ECF No. 65. Then, on June 3, 2025, the Government filed an Information charging Defendant with a single count of violating 18 U.S.C. § 2(a) and 21 U.S.C. §§ 841(a)(1) and (b)(1)(A). ECF No. 104. That same day, the parties filed a plea agreement, indicating that Defendant has agreed to plead guilty to the Information. ECF No. 105.

The parties appeared before Magistrate Judge Stephen C. Dries on June 3, 2025 to conduct a plea colloquy pursuant to Federal Rule of Criminal Procedure 11. ECF No. 106. Defendant entered a plea of guilty as to the Information. *Id.* After cautioning and examining Defendant under oath concerning each of the subjects mentioned in Rule 11, Magistrate Judge Dries determined that the guilty plea was knowing and voluntary and that the offense charged was supported by an independent factual basis containing each of the essential elements of the offense. *Id.*; ECF No. 108.

On June 3, 2025, Magistrate Judge Dries filed a Report and Recommendation with this Court, recommending that: (1) Defendant's plea of guilty be accepted; (2) a presentence investigation report be prepared; and (3) Defendant be adjudicated guilty and have a sentence imposed accordingly. ECF No. 108. The parties waived the objection period. ECF No. 106 at 1; ECF No. 108 at 2. The Court has considered Magistrate Judge Dries's recommendation and will adopt it.

Accordingly,

**IT IS ORDERED** that Magistrate Judge Stephen C. Dries's Report and Recommendation, ECF No. 108, be and the same is hereby **ADOPTED**;

**IT IS FURTHER ORDERED** that the trial set for June 16, 2025 at 8:30 AM be and the same is hereby **VACATED**; and

**IT IS FURTHER ORDERED** that a Sentencing Hearing is set for **September 4, 2025 at 11:30 AM** in Courtroom 425, 517 E Wisconsin Ave., Milwaukee, WI 53202 before Judge J.P. Stadtmueller. A Presentence Report is due by **August 4, 2025**; Objections are due by **August 14, 2025**; and Responses are due by **August 21, 2025**.

Dated at Milwaukee, Wisconsin, this 10th day of June, 2025.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge