# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>JOSE CARDENAS-SALCIDO,<br><br>            Defendant. | Case No. 23-CR-184-JPS<br><br>**ORDER** |

      Now before the Court is Magistrate Judge Stephen C. Dries's report and recommendation that Defendant Jose Cardenas-Salcido's ("Defendant") motions to withdraw his guilty plea, ECF Nos. 110 and 114, and oral motion for appointment of counsel for purposes of trial, ECF No. 117 at 1, be granted. ECF No. 118. The Government did not oppose the motions to withdraw, ECF No. 116, and no objection to Magistrate Judge Dries' recommendation has been timely filed. Gen. L.R. 72(c); 28 U.S.C. § 636(b)(1)(C); Fed. R. Crim. P. 59(b). Accordingly, and seeing no independent reason to depart from it, the Court will adopt Magistrate Judge Dries's recommendation. The Court will accordingly grant Defendant's motions to withdraw, ECF Nos. 110 and 114, and motion for appointment of counsel, ECF No. 117 at 1. The Court will refer the matter of appointment of counsel to Magistrate Judge Dries. The currently scheduled sentencing date, ECF No. 109 at 2, is hereby adjourned. The Court will set trial-related dates and deadlines following appointment of counsel for Defendant.

      Accordingly,

**IT IS ORDERED** that the report and recommendation, ECF No. 118, be and the same is hereby **ADOPTED**;

**IT IS FURTHER ORDERED** that Defendant Jose Cardenas-Salcido's motions to withdraw his guilty plea, ECF Nos. 110 and 114, be and the same are hereby **GRANTED**;

**IT IS FURTHER ORDERED** that Defendant Jose Cardenas-Salcido's guilty plea, ECF Nos. 105 and 109, be and the same is hereby **WITHDRAWN**;

**IT IS FURTHER ORDERED** that Defendant Jose Cardenas-Salcido's motion for appointment of counsel, ECF No. 117 at 1, be and the same is hereby **GRANTED**; the matter of appointment of counsel for trial is hereby **REFERRED** to Magistrate Judge Stephen C. Dries; and

**IT IS FURTHER ORDERED** that the sentencing hearing currently scheduled in this case for September 4, 2025 be and the same is hereby **ADJOURNED**. Trial dates will be set following appointment of counsel.

Dated at Milwaukee, Wisconsin, this 8th day of August, 2025.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge